AO 91 (REV.5/85) Criminal Complaint　　　　　　　　　　　AUSA IASPARRO   815-987-4444

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

FILED-WD
2003 JAN -7 AM 11: 37
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

AMADO GONZALEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 03 CR 50001

DOCKETED
JAN 07 2003

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief:

On or about December 5, 2002, at Winnebago County, in the Northern District of Illinois, Western Division, and elsewhere, AMADO GONZALEZ, defendant herein, did move and travel in interstate and foreign commerce with the intent to avoid prosecution for the crime of Attempt First Degree Murder/Aggravated Battery with a Firearm, a felony under the laws of the State of Illinois, in violation of Title 18, United States Code, Section 1073.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

_____
Signature of Complainant
STEPHEN C. SLOAN
FBI Special Agent

Sworn to before me and subscribed in my presence,

January 7, 2003　　　　　　　　　　　　　　　at　Rockford, Illinois
Date　　　　　　　　　　　　　　　　　　　　　　　City and State

P. MICHAEL MAHONEY, U.S. Magistrate Judge　　　_____
Name & Title of Judicial Officer　　　　　　　　　　Signature of Judicial Officer

UNITED STATES OF AMERICA    )
                                         ) SS
NORTHERN DISTRICT OF ILLINOIS   )

## AFFIDAVIT

I, STEPHEN C. SLOAN, personally appearing before United States Magistrate Judge P. Michael Mahoney and being duly sworn on oath, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation.

2. I have been informed by the Winnebago County State's Attorney that on December 5, 2002, a warrant was issued by the Circuit Court for Winnebago County, Illinois, for the arrest of Amado Gonzalez (hereinafter "the defendant") for the crime of Attempt First Degree Murder/Aggravated Battery with a Firearm, a felony under the laws of the State of Illinois. Certified copies of the warrant and criminal complaint are attached hereto.

3. I have been informed by local law enforcement authorities, namely the City of Rockford Police Department, that its investigation has determined that the defendant has fled the State of Illinois and the United States of America to avoid prosecution for the above-referenced crime. In particular, during the investigation, detectives from the Rockford Police Department were advised by the defendant's wife, Juana Rivera, that the defendant was from Zacatecas, Mexico. Further, on or about December 7, 2002, a phone call was received from the defendant by the defendant's son. Telephone records obtained by the Rockford Police Department establish that the telephone call originated from a pay phone in Houston, Texas. In addition, on or about December 20, 2002, Rockford Police Detectives Andre Brass and Eric Bruno spoke to an informant who advised them that defendant fled to Mexico and is staying with his sister at 603 la calle Jaime Torres Bobet, Colonia Alma Obrera, Zacatecas, Mexico.

4.  I have been informed by the State's Attorney for Winnebago County, Illinois, that the defendant will be extradited from wherever the defendant is apprehended.

STEPHEN C. SLOAN
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on January 7, 2003.

P. MICHAEL MAHONEY
United States Magistrate Judge

2

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

NO. 02CF3471    RCPD 02-178030

## WARRANT OF ARREST

TO ALL PEACE OFFICERS OF THE STATE OF ILLINOIS:

You are hereby commanded to arrest **AMADO NMI GONZALEZ   M/H   DOB 11-18-65** and bring said person without unnecessary delay before the undersigned Judge of the Circuit Court of the 17th Judicial Circuit, Winnebago County, in the courtroom usually occupied by him in the Winnebago County Courthouse in the City of Rockford, or if he is absent or unable to act, before the nearest or most accessible court in said County, to answer to a charge made against said person for the offense of **Attempt First Degree Murder / Aggravated Battery with a Firearm** and said person to bail.

The amount of bail is $ 500,000

ISSUED, this 5th Day of December, 2002.

I hereby certify that this document is a true, perfect and complete copy of the original on file in my office.

_Marc A. Gasparini_
Clerk of the Circuit Court
Winnebago County, Illinois

By _____
Deputy Clerk
Date 12/23/02

_____
JUDGE

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

THE PEOPLE OF THE STATE OF ILLINOIS )
)
) 02CF 3471
VS. )
) CASE # 02-178030
Gonzalez, Amado                      Defendant) ASA : Karner
DOB 11-18-65
925 12th Street Rockford, Illinois

CRIMINAL COMPLAINT

Complainant, J. Stevens on oath charges:

That on the 5th day of December, 2002, in the County of Winnebago, State of Illinois, AMADO GONZALEZ committed the offense of:

### COUNT I – ATTEMPT FIRST DEGREE MURDER

in violation of SECTION 5/8-4 of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes of said State, in that the said defendant, with the intent to commit the offense of First Degree Murder, in violation of Chapter 720, Act 5, Section 9-1(a)(2), knowingly took a substantial step toward the commission of that offense, in that he without lawful justification, shot Miguel Rivera in the midsection and the leg, knowing such an act would create a strong probability of death to Miguel Rivera.

### COUNT II – AGGRAVATED BATTERY WITH A FIREARM

in violation of SECTION 12-4.2(A)(1) of ACT 5 of CHAPTER 720 of the Illinois Compiled Statutes of said State, in that the said defendant, in committing a Battery, without legal justification and by the means of discharging of a firearm, caused injury to Miguel Rivera in that the said defendant shot the victim, Miguel Rivera, in the midsection and leg with a handgun.

_____
(Complainant)

Sworn to before me this 5th day of December, 2002.

_____
Judge

I hereby certify that this document a true, perfect and complete copy of the original on file in my office.

Marc A. Gasparini
Clerk of the Circuit Court
Winnebago County, Illinois

By_____
Deputy Clerk
Date 12/23/02